JAMES C. BREVOORT, Respondent, *v.* ELIZABETH D. BREVOORT et al., Appellants.

(Argued June 20, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 13, 1889, which affirmed an order of Special Term, directing purchaser under decree of partition to complete purchase.

*H. C. M. Ingraham* for appellants.

*Jasper W. Gilbert* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

C. B. KEOGH et al. *v.* THOMAS MULRY et al., Appellants; STEPHEN A. MAIN, Respondent.

(Submitted June 20, 1889; decided June 28, 1889.)

APPEAL from order of General Term of the Superior Court of the city of New York, made June 1, 1885, which reversed an order of Special Term setting aside a stipulation between defendants.

*William P. Mulry* for appellants.

*Jones & Roosevelt* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.